No. 12–7399.  ROEMMELE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 12–7400.  FRAZIER *v.* FARMON, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 12–7401.  GRAJEDA-GONZALEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–7404.  FLEMING *v.* WOLFE.  C. A. 8th Cir.  Certiorari denied.

No. 12–7405.  GAMBILL *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–7407.  FLETCHER *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 12–7408.  FLEMING *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–7411.  FAULK *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–7414.  ASTACIO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 12–7415.  URIBE-QUINTERO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–7416.  MARSHALL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 12–7419.  SINGLETARY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–7425.  BOLAR *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 12–7427.  FURLOW *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 12–7428.  FOGG *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–7431.  SHIPPLEY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.